UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CARLOS PERRY, | ) |
|       Plaintiff, | ) |
| v. | )    No. 3:18-CV-287-HBG |
| STATE FARM INSURANCE CO., | ) |
|       Defendant. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 11].

Now before the Court is Defendant's Motion to Continue [Doc. 15]. Specifically, Defendant requests that the trial be continued in this case for a period of approximately six months. Defendant requests a trial continuance so that the parties can develop discovery, exchange information, and conduct depositions. Defendant states that Plaintiff is currently incarcerated, which has made scheduling depositions difficult.

As an initial matter, the Court observes that Plaintiff has not responded to the Motion, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). Given the lack of opposition, along with good cause shown, the Court hereby **GRANTS** Defendant's Motion to Continue [**Doc. 15**]. The trial is rescheduled to **January 21, 2020**, and the final pretrial conference is rescheduled to

**January 13, 2020, at 1:30 p.m.** The Court will enter an Amended Scheduling Order recalculating the deadlines to the new trial date.

    **IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge